FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

98 JUN 15 AM 10:16

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| MALCOLM SAMUEL DRISKILL, | ) |
| Petitioner, | ) |
| vs | ) CIVIL ACTION NO. 97-P-1116-S |
| WARDEN STEVE DEES, et al, | ) |
| Respondent(s). | ) |

ENTERED
JUN 15 1998

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation, and the objections filed by the petitioner, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE, this 15 day of June, 1998.

SAM C. POINTER, JR.,
CHIEF UNITED STATES DISTRICT JUDGE

14